822

No. 846, Misc. WEST *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. Reported below: —— F. 2d ——.

No. 885, Misc. TINES *v.* BOMAR, WARDEN. Supreme Court of Tennessee. Certiorari denied. *Jas. P. Brown* and *Earl E. Leming* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *James M. Glasgow,* Assistant Attorney General, for respondent.

No. 901, Misc. SHACKLEFORD *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied. *W. Edward Morgan* for petitioner. *Wade Church,* Attorney General of Arizona, *Leslie C. Hardy,* Chief Assistant Attorney General, and *Stirley Newell,* Assistant Attorney General, for respondent.

No. 918, Misc. RANKINS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 919, Misc. COX *v.* HAND, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 905, Misc. THOMAS *v.* BURFORD, WARDEN. The motion to substitute M. J. Wiman as the party respondent in place of C. P. Burford is granted. Petition for writ of certiorari to the Supreme Court of Alabama denied.